

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO MARAVILLA,<br><br>    Petitioner,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES CHILD SUPPORT COURT, ET AL.,<br><br>    Respondents. | CASE NO. 2:18-CV-09514-SK<br><br>**JUDGMENT** |

  Pursuant to the Order Granting Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed.[1]

DATED: <u>May 8, 2019</u>

                      HON. STEVE KIM
                      U.S. MAGISTRATE JUDGE

---

[1] Both parties consented to proceed before the undersigned for all proceedings, including entry of judgment. (ECF 14). *See* 28 U.S.C. § 636(c)(1).